# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ELIZABETH COOK,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:16-cv-00418- JLT<br><br>ORDER DIRECTING DEFENDANT TO COMPLETE THE CONSENT FORM, INDICATING WHETHER THE COMMISSIONER CONSENTS TO THE JURISDICTION OF THE ASSIGNED MAGISTRATE JUDGE |

On April 1, 2016, the Court issued its "Order re Consent or Request for Reassignment," informing the parties that "pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case" without the written consent of all parties. (Doc. 7-1 at 1) To date, Defendant has not indicated whether the Commissioner consents or declines the jurisdiction of the assigned Magistrate Judge, as required by the Court's order. (*See id.*)

Accordingly, the Court **ORDERS**: Defendant **SHALL** complete and file the consent form previously provided by the Court (Doc. 7-2) no later than **April 28, 2017**, indicating whether the Commissioner consents to the Magistrate Judge jurisdiction, or requests reassignment to a District Judge.

IT IS SO ORDERED.

Dated: **April 17, 2017**     **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE